# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

February 4, 2022

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Xaviera Romero v. St. Vincent's Services, Inc. d/b/a HeartShare St. Vincent's Services ("HSVS")*
               19-cv-07282(KAM)(ST)

Dear Judge Matsumoto:

      This firm represents defendant St. Vincent's Services, Inc. d/b/a HeartShare St. Vincent's Services ("Defendant") in this action. Pursuant to Section III(C)(1)(c) of Your Honor's Chambers Practices, I write to advise that the following documents are included with Defendant's motion for summary judgment filing:

1. Notice of Motion for Summary Judgment;
2. Corrected Statement Pursuant to Rule 56.1;
3. Joint Deposition Transcript Appendix;
4. Affirmation of Stefanie Toren in Support of Defendant's Motion for Summary Judgment;
5. Affidavit of Dawn Saffayeh; and
6. Defendant's Memorandum of Law in Support of its Motion for Summary Judgment

      Defendant's reply papers will be filed under separate cover. Thank you for Your Honor's attention to this matter.

                        Respectfully submitted,

                        CLIFTON BUDD & DeMARIA, LLP
                        *Attorneys for St. Vincent's Services, Inc.,*
                        *d/b/a HeartShare St. Vincent's Services*

                        */s/ Stefanie Toren*

                By:    Douglas Catalano
                        Stefanie Toren

cc:    Daniel Dugan, Esq.